## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

ISAAC FOSTER, *on behalf of himself and all
other similarly situated,*

      Plaintiffs,

v.

SERVICE SANITATION, INC.,

      Defendant.

Case No. ___25-c-2101___

### DECLARATION OF EMILY CONNER

I, Emily Conner, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.      I am currently employed with Service Sanitation, Inc. ("SSI") as Vice President. I have been in that position since on or around May 2019 and have been employed by SSI for since November 2010. I work at SSI's principal place of business which is located in Gary, Indiana.

2.      SSI is in the business of providing portable restrooms, sinks and various forms of sanitary and hygienic trailer services.

3.      I am authorized to and do submit this declaration on behalf of SSI. The facts set forth in this declaration are based on either my personal, firsthand knowledge or my review of certain SSI business records to which I have access in the scope of my employment and about which I am knowledgeable. If called as a witness, I could and would testify competently to the matters set forth herein.

4.      In my role as Vice President at SSI, my responsibilities include aspects of the SSI's hiring process, including the pre-hire physical abilities testing and drug testing that SSI

QB\94778928.1

requires for all new hires in certain job classifications. My responsibilities also include SSI's interactions with the third-party clinics conducting this testing and reporting the results. I also have access to the Paylocity system, where certain records related to such testing for individuals are stored and maintained.

5.      As part of the pre-hire testing process, SSI maintains business records related to the applicants who undergo those tests, including the name and address of the applicants and the facility in which those tests were conducted.

6.      In my role as Vice President, I am familiar with these records and a custodian of these records.

7.      When SSI extends a conditional job offer to an individual in the driver and laborer job classifications, it requires the individual to undergo physical abilities testing and drug testing at a local clinic. The results are then reported back to SSI. Upon receiving the results, a record is created for that individual which includes, among other things, his/her name, home address, the address for the clinic and the date of the testing. This record is created at or near the time SSI learns the results of the testing and is both created and maintained in the regular course of business.

8.      A review of the preliminary post-offer pre-hire records indicates that, from January 2020 to the present, 884 applicants have taken pre-employment physical ability tests.

9.      These records further show that, of these 884 individuals, 217 reported an Illinois home address to SSI, while 634 reported to SSI that they reside in either Wisconsin or Indiana. An additional 4 individuals reported to SSI that they reside in other states. There are 29 individuals who lack a home address in these records.

DECLARANT FURTHER SAYETH NOT

EXECUTED February 21, 2025

Emily Conner

3