# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

**Case Title:** ISAAC FOSTER, on behalf of himself and all others similarly situated, Plaintiffs,
v.
SERVICE SANITATION, INC., Defendant

**Case Number:**

An appearance is hereby filed by the undersigned as attorney for:
**Defendant SERVICE SANITATION, INC.**

Attorney name (type or print): **Brian A. Hartstein**

Firm: **Quarles & Brady LLP**

Street address: **300 N. LaSalle Street, Suite 4000**

City/State/Zip: **Chicago, Illinois 60654**

Bar ID Number: **6289689**
(See item 3 in instructions)

Telephone Number: **312-715-5211**

Email Address: **brian.hartstein@quarles.com**

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes ☐ No |
| Are you a member of the court's general bar? | ☒ Yes ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes ☒ No |
| Are you appearing *pro hac vice*? | ☐ Yes ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on **February 28, 2025**

Attorney signature: S/ *Brian A. Hartstein*
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023