## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ISAAC FOSTER, *on behalf of himself and all other similarly situated,* <br><br> Plaintiffs, <br><br> v. <br><br> SERVICE SANITATION, INC., <br><br> Defendant. | Case No. _____ |

### **DEFENDANT'S NOTICE OF CORPORATE AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 of the U.S. District Court for the Northern District of Illinois, Defendant Service Sanitation, Inc ("SSI") by and through its undersigned counsel of record, states that SSI is owned in equal parts through revocable trusts held by individuals, Chad M. Yonker, Jennifer L. Harris and Kyle T. Yonker.

**Dated:** February 28, 2025

Respectfully submitted,

**SERVICE SANITATION, INC.**

By: /s/ *Brian A. Hartstein*
    One of its Attorneys

Gary R. Clark, #06271092
Brian A. Hartstein #6289689
QUARLES & BRADY LLP
300 N. LaSalle Dr., Suite 4000
Chicago, IL 60654
Phone:  312-715-5040
Fax:      312-715-5155
gary.clark@quarles.com
brian.hartstein@quarles.com
Firm ID 36566

QB\94932574.1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 28, 2025, I caused the foregoing document to be served on the individuals listed below, via mail with first class postage pre-paid and e-mail.

/s/*Brian A. Hartstein*
BRIAN A. HARTSTEIN

## SERVICE LIST

| **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**<br>Attorney No. 38819<br>111 W. Jackson Blvd., Suite 1700<br>Chicago, IL 60604<br>Tel: (312) 391-5059<br>Fax: (212) 686-0114<br>malmstrom@wbafh.com | **HEDINLLP**<br>Julie Holt*<br>1395 Brickell Avenue, Ste 610<br>Miami, Florida 33131<br>Tel: (305) 357-2107<br>Fax: (305) 200-8801<br>E-mail: jholt@hedinllp.com |
|---|---|