**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ISAAC FOSTER, | ) | |
| | ) | |
| On behalf of himself and all others similarly situated | ) | Case No.  1:25-cv-02101 |
| | ) | |
| | ) | Judge Sara L. Ellis |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SERVICE SANITATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ADDITIONAL TIME**
**TO ANSWER OR OTHERWISE RESPOND TO**
**PLAINTIFF'S COMPLAINT**

Defendant, Service Sanitation, Inc. (the "SSI" or "Defendant"), by and through their attorneys, move this Court for an additional thirty (30) days, until March 31, 2025 to answer or otherwise respond to the Complaint filed by Plaintiff Isaac Foster, on behalf of himself and all others similarly situated ("Foster" or "Plaintiff") in this matter.  **Plaintiff does not oppose this motion.**  In support of this motion, Defendant states as follows:

1.      On or about January 21, 2024, Plaintiff filed a Complaint in the Circuit Court of Cok County, Illinois, Case No. 2025CH00666.

2.      Plaintiff's Complaint alleges Defendant violated the Illinois Genetic Information Privacy Act, 410 ILCS 513/1, *et seq.* ("GIPA") with regard to SSI employees allegedly undergoing a physical examination and answering questions regarding their family medical history.

3.      On or about January 29, 2025, SSI was served.

4.      On February 28, 2025, SSI moved to remove Case No. 2025CH00666 to this Court.

5.      Accordingly, Service Sanitation's responsive pleading is due March 4, 2025.

QB\94939397.1

6.      SSI requires additional time to investigate the facts and allegations prior to filing a responsive pleading.

7.      SSI's counsel contacted Plaintiff's counsel, Julie Holt, who advised on February 25, 2025, that Plaintiff does not oppose granting Defendant a 30-day extension of additional time to answer or otherwise respond.

8.      As such, SSI requests an additional thirty (30) days, until March 31, 2025, to file a responsive pleading.

9.      This is SSI's first request for additional time in this matter, the granting of which will not prejudice Plaintiff.

**WHEREFORE**, Defendant, Service Sanitation, Inc., respectfully requests this Court enter an Order granting it an additional thirty (30) days, up to and including March 31, 2025, to answer or otherwise respond to Plaintiff's Complaint.


Dated: February 28, 2024                    Respectfully submitted,

                                            SERVICE SANITATION, INC.

                                            By:/s/Brian A. Hartstein
                                                One of Its Attorneys


Gary R. Clark (ARDC #6271092)
Brian A. Hartstein (ARDC #6289689)
Quarles & Brady LLP
300 N. LaSalle Street, Ste. 4000
Chicago, IL 60654
(312) 715-5000 | (312) 715-5155 (fax)
gary.clark@quarles.com
brian.hartstein@quarles.com


QB\94939397.1

**<u>CERTIFICATE OF SERVICE</u>**

I, hereby certify that on February 28, 2025, a true and accurate copy of the foregoing was

filed electronically.  Notice of this filing will be sent to the following parties by operation of the

Court's electronic filing system.  Parties may access this filing through the Court's system.

> Carl V. Malmstrom
> WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
> 111 W. Jackson Blvd., Suite 1700
> Chicago, IL 60604
> malmstrom@whafh.com
>
> Julie Holt
> HEDIN LLP
> 1395 Brickell Avenue, Suite 610
> Miami, Florida 33131
> jholt@hedinllp.com
> *counsel for plaintiff and putative class*


>      */s/ Brian A. Hartstein*

QB\94939397.1