# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ISAAC FOSTER,<br><br>On behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>SERVICE SANITATION, INC.,<br><br>Defendant. | Case No. 1:25-cv-02101<br><br>Judge Sara L. Ellis |

## AMENDED
## UNOPPOSED NOTICE OF MOTION

TO:  See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on **March 5, 2025 at 9:45 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Sarra L. Ellis, or any judge who may be sitting in her place and stead, in Room 1403, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Service Sanitation, Inc's Unopposed Motion for Additional Time to Answer or Otherwise Plead**, which is hereby served upon you.

Date: February 28, 2025            **SERVICE SANITATION, INC.**

                        By:  /s/ *Brian A. Hartstein*
                            One of Its Attorneys

Brian A. Hartstein, #6289689
Gary R. Clark, #6271092
Quarles & Brady LLP
300 North LaSalle Street, Suite 4000
Chicago, Illinois 60654
(312) 715-5000 | (312)715-5155 (fax)

QB\84658053.1

## CERTIFICATE OF SERVICE

I, Brian A. Hartstein, an attorney of record, hereby certify that on **February 28, 2025**, I caused the foregoing **Notice of Motion** to be electronically filed using the court's CM/ECF system and to be served upon the following counsel of record at their email address on file with the court:

*Attorneys for Plaintiff and the Putative Class*

| | |
|---|---|
| *Carl V. Malmstrom* | Julie Holt (*Pro Hac Vice*) |
| *Wolf Haldenstein Adler* | Hedin LLP |
| *Freeman & Hertz LLC* | 1395 Brickell Avenue |
| *111 W. Jackson Boulevard* | Suite 610 |
| *Suite 1700* | Miami, FL  33131 |
| *Chicago, IL  60604* | Email: jholt@hedinllp.com |
| malmstrom@whafh.com | |

By: /s/ *Brian A. Hartstein*
One of Its Attorneys

QB\84658053.1