IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ISAAC FOSTER,<br><br>On behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>SERVICE SANITATION, INC.,<br><br>Defendant. | Case No. 1:25-cv-02101<br><br>Judge Sara L. Ellis |

**DEFENDANTS' MOTION TO DISMISS COMPLAINT OR ALTERNATIVELY TO STRIKE NATIONWIDE CLASS ALLEGATIONS**

Defendant Service Sanitation, Inc. ("Defendant" or "SSI") moves this Court to dismiss each claim in Plaintiff Isaac Foster's ("Plaintiff" or "Foster") Complaint (Dkt. No. 1) pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to allege a plausible claim for relief, or alternatively pursuant to Federal Rule of Civil Procedure 23(d)(1)(D) to strike the Nationwide Class alleged in the Complaint, for the reasons set forth below and in the concurrently filed memorandum in support of this motion.

1. Plaintiff filed this putative class action alleging violations of the Illinois Genetic Information Privacy Act, 410 ILCS 513/1 *et seq.* ("GIPA"), which, in relevant part, prohibits employers from soliciting, requesting, or requiring an employee to provide genetic information as a condition of employment. Specifically, Plaintiff alleges that SSI violated GIPA by requiring Foster to undergo a physical examination as a pre-hire requirement.

2. Plaintiff failed to allege any facts supporting his allegations, instead relying on formulaic recitations of the statute.

QB\95557948.1

3.  The Complaint alleges no affirmative act by SSI to solicit, request or require Plaintiff's genetic information, its conclusory allegations are contradicted by a document implicitly referenced by the Complaint, and the Complaint fails to allege any facts that "genetic information" was improperly requested, as it mistakenly conflates family medical history with genetic information. Moreover, GIPA explicitly states that "inadvertently requesting family medical history by an employer . . . does not violate this Act." 410 ILCS 513/25(g). As such, the Complaint fails to allege a viable claim under section 513/25(c)(1) and should be dismissed.

4.  The Complaint also purports to allege a Nationwide Class, including for class members throughout the U.S. in an illegitimate attempt to bring a GIPA claim on behalf of individuals who have no connection to Illinois with regard to their SSI employment or any pre-hire testing contrary to well-established Illinois law on the extraterritorial application of its statutes. As such, even if the Complaint is not dismissed, the Nationwide Class allegations should be struck.

7.  SSI is filing a memorandum of law contemporaneous with this motion.

WHEREFORE, Defendant moves the Court to dismiss, with prejudice, each claim in Plaintiff's Complaint for failure to state a claim under Rule 12(b)(6) and to strike class allegations under Rule 23(d)(1)(D), and grant Defendants all other appropriate relief.

**Dated:** March 31, 2025

**SERVICE SANITATION, INC.**

By: */s/Brian A. Hartstein*
      One of Its Attorneys

Brian A. Hartstein, #6289689
Gary R. Clark, #6271092
Quarles & Brady LLP
300 North LaSalle Street, Suite 4000
Chicago, Illinois 60654
(312) 715-5000 | (312)715-5155 (fax)

QB\95557948.1

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on March 31, 2025, a copy of the foregoing was filed electronically. Parties may access this filing through the Court's system.

*/s/ Brian A. Hartstein*

QB\95557948.1