# Exhibit A



# Procedure Summary

Office: (855) 517-6872
Fax: (219) 228-8852

Form: CCF2000

Today's Date: 5/22/2024   Procedure Date: 5/21/2024   ☐ Amendment to original issuance

Company Name: Service Sanitation

**Procedure Type:**

### Employee/Participant

Last Name: Foster   MI: ____   First: Isaac

Date of Birth: ███████   Last 4 Digits of SSN: XXXX

- ☒ Pre-Employment
- ☐ Periodic / Annual
- ☐ Biennial
- ☐ Return to Duty / Fitness for Duty
- ☐ Surveillance Testing
- ☐ Exit

## Procedure Components:

| Component | | | | |
|---|---|---|---|---|
| Physical (as selected) | ☐ Qualified | ☐ Does Not Meet Standards | ☒ Not Performed | Expiration Date: _____ |
| DOT Physical | ☐ Qualified | ☐ Does Not Meet Standards | ☒ Not Performed | Expiration Date: _____ |
| Respirator Clearance | ☐ Qualified | ☐ Does Not Meet Standards | ☒ Not Performed | Expiration Date: _____ |
| Audiometric Testing | ☐ Qualified | ☐ Does Not Meet Standards | ☒ Not Performed | |
| Lab Surveillance | ☐ Qualified | ☐ Does Not Meet Standards | ☒ Not Performed | Follow-Up: _____ |
| Drug Screen | ☒ Negative | ☐ Positive | ☐ Not Performed | Collection Only: _____ |
| Alcohol Screen | ☐ Negative | ☐ Positive | ☒ Not Performed | |
| Physical Ability Test | ☒ Qualified | ☐ Does Not Meet Standards | ☐ Not Performed | Expiration Date: _____ |
| Immunizations/Titers | ☐ Qualified | ☐ Does Not Meet Standards | ☒ Not Performed | |
| Vision Screening | ☐ Qualified | ☐ Does Not Meet Standards | ☒ Not Performed | |
| Background Check | ☐ Qualified | ☐ Needs Further Review | ☒ Not Performed | |
| Asbestos Surveillance | ☐ Qualified | ☐ Does Not Meet Standards | ☒ Not Performed | |

The following recommendation is based on 1 Source's complete review of the health history questionnaire, physical examination, diagnostic testing, and/or specific requirements of the position applied for or occupied by the Examinee.

- ☒ The Examinee can be assigned job duties without accommodations.
- ☐ The Examinee can perform job duties in accordance with the above itemized Procedure Components, however the Examinee also requires the following accommodations for specified components.

Accommodations:

- ☐ The Examinee is NOT cleared for work in accordance with the above itemized Procedure Components
    - ☐ Requires further testing to evaluate ability or risk
    - ☐ Waiting for additional information

Reviewer's Signature: _____   Review's Printed Name: Brittany Lemmons

# ⓔscreen  Specimen Result Certificate

| | | | |
|---|---|---|---|
| ID Number: 7103254368 | Report printed on 5/22/2024 7:47:46 AM | | Page 1 of 1 |

Attention:
Morgan Stepnoski
Service Sanitation Inc
135 Blaine Street
Gary, IN 46406

Verification Date    5/21/2024  05:58 PM

Collection Site:
37420 - PromptMed UC - Waukegan
724 N Green Bay Rd
Waukegan, IL, 60085

| | | | | |
|---|---|---|---|---|
| Donor Name: | Foster, Isaac | | Donor SSN: | |
| Date Of Test: | 5/21/2024 | | Donor ID: | |
| ID Number: | 7103254368 | | Reason for Test: | Pre-employment |
| | | | Regulation: | Non-DOT |
| Service: | eCup+ 10A (3125) | | Specimen Type: | Urine |

## Drugs Tested:

| Drug Name | Result | Laboratory Screening Cutoff * | Laboratory Confirmation Cutoff * | Drug Name | Result | Laboratory Screening Cutoff * | Laboratory Confirmation Cutoff * |
|---|---|---|---|---|---|---|---|
| Marijuana | | 50 ng/mL | 15 ng/mL | Oxycodone | | 100 ng/mL | 100 ng/mL |
| Cocaine | | 150 ng/mL | 100 ng/mL | PCP | | 25 ng/mL | 25 ng/mL |
| Amphetamines (AMP)† | | 500 ng/mL | 250 ng/mL | Barbiturates | | 300 ng/mL | 300 ng/mL |
| Amphetamines (MET)† | | 500 ng/mL | 250 ng/mL | Benzodiazepines | | 300 ng/mL | 300 ng/mL |
| Opiates | | 2000 ng/mL | 2000 ng/mL | Methadone | | 300 ng/mL | 300 ng/mL |

Final Result Disposition: 

Remarks:

* Represents laboratory screening and confirmation values.

† Amphetamines screening test detects both Amphetamine and Methamphetamine subclasses

# SERVICE SANITATION: YARD LABORER Physical Ability Test

| NAME: Isaac Foster | AGE: 41 | POSITION: Yard Laborer |
|---|---|---|
| BLOOD PRESSURE:<br>Initial: 138/89  Manual Trial 1: ___/___  Trial 2: ___/___<br>Trial 3: ___/___   10 minute rest   Final BP: 117/79 | RESTING HR:<br>111 | 90% of Age Predicted Max HR:<br>161 |

| TASK DESCRIPTION | HR | Completed Safely: | Pass/Fail | Comments: |
|---|---|---|---|---|
| **STEP TEST (1 MINUTES):** 96 beats per minute | 151 | ✓ | (P) | |
| **GRIP STRENGTH:** 3 trials average with Right hand ≥ 70lbs  85, 95, 95<br>3 trials with Left hand ≥ 70lbs  100, 95, 90<br>*One hand must meet average to PASS. | | Right Hand Avg: 91.6<br>Left Hand Avg: 95 | P | *One hand must meet average to PASS. |
| **TRAILER CLIMB:** 4 repetitions @ 26 inches | 157 | 158 ✓ | P | |
| **CROUCH UNDER 48":** 20 seconds x 3 repetitions | 134 | ✓ | P | |
| **HOSE AND SCRUB BRUSH SIMULATION:** Brush: Dowel or wand 1-2lbs x 1 minute<br>Hose: Pulley or Thera-band with 3-5 lbs of force x 1 min | 121 | ✓ | P. | |
| **HORIZONTAL PULL:** 65lbs of force x 4 | 151 | ✓ | P | |
| **PUSH AND WALK:** 45lbs of force x 3<br>55lbs of force x 3 | 155<br>161 | ✓ | P | HR returned to below max P 10 seconds. |
| **FLOOR TO WAIST LIFT & CARRY:** 35lbs x 25 feet<br>50lbs x 25 feet<br>65lbs x 25 feet | 142<br>128 | ✓ | P | |
| **WAIST TO SHOULDER LIFT:** 20lbs x 3<br>35lbs x 3 | 158 | ✓ | P. | |
| **WRAPPING HOSE:** 15lbs x 5 clockwise<br>15lbs x5 counter clockwise | 153<br>142 | ✓ | P | |
| **SHIFTING:** Push 60lbs of force for 20ft x 4<br>Pull 60lbs of force for 20ft x 1 | 157<br>149 | ✓ | P. | |

☐ DOES NOT meet work related minimum to perform job task safely

☑ MEETS work related standards

| SCREENER (Print Name): Jennifer Weber | SCREENER (Signature): Jennifer Weber | DATE: 5-21-24 |
|---|---|---|