# UNITED STATES DISTRICT COURT

# NOTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Isaac Foster, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>SERVICE SANITATION, INC.<br><br>  Defendant. | Case No.: 25-CV-02101 |

## NOTICE OF ATTORNEY APPEARANCE

Julie Holt, Esq., of the law firm Hedin LLP hereby enters her appearance as counsel of record for Plaintiff Isaac Foster in these proceedings. All parties are requested to take notice of the undersigned's appearance and to serve all copies of all filings and other documents upon the undersigned.

Dated: April 11, 2025

                                                              Respectfully submitted,

                                                              By: s/ Julie Holt
                                                                   Julie Holt

                                                            **HEDIN LLP**
                                                            Julie Holt
                                                            jholt@hedinllp.com
                                                            1395 Brickell Ave, Suite 610
                                                            Miami, Florida 33131
                                                            Tel: (305) 357-2107
                                                            Fax: (305) 200-8801

                                                            *Counsel for Plaintiff and the Putative Classes*

1