# EXHIBIT C

**State of Illinois**
**Domestic/Foreign Corporation Annual Report**

| Year | Corporation File No |
|---|---|
| 2022 | 61823441 |

FILED November 2, 2022

**Jesse White, Secretary of State**

1. **Corporate Name** SERVICE SANITATION, INC.

   **Registered Agent** HOMEWOOD DISPOSAL SERVICE

   **Registered Office** 1501 W 175TH STREET

   **City, IL, Zip Code, County** HOMEWOOD, IL 60430 COOK

2. **Principal address of Corporation** 1501 W 175TH ST
   HOMEWOOD, IL 60430

3a. **State or Country of Incorporation** ILLINOIS      3b. **Date Incorporated/Qualified** 09-20-2001

4. The names and addresses of ALL officers & directors MUST be listed here!

| Officers | |
|---|---|
| Title | PRESIDENT |
| Name & Address | CHAD HARRIS 19951 BERKSHIRE DR, MOKENA, IL 60448 |
| Title | SECRETARY |
| Name & Address | JENNIFER HARRIS 19951 BERKSHIRE DR, MOKENA, IL 60448 |
| Title | DIRECTOR |
| Name & Address | CHAD HARRIS 19951 BERKSHIRE DR MOKENA, IL 60448 |

5. If 51% or more of the stock is owned by a minority or female, please check the appropriate box

   ☐ Minority    ☐ Female    ☐ Both

6. **Number of shares authorized and issued as of** 6-30-2022

| Class | Series | Par Value | Number Authorized | Number Issued |
|---|---|---|---|---|
| COMMON | | 0.010000 | 1200 | 120.000 |
| | | | | |

7. The amount of paid-in-capital as of 6-30-2022 is $ 120

8. **The corporation elects to pay its annual franchise tax based upon 100% of its total paid-in capital.**

9. Under the penalty of perjury and as an authorized officer, I declare that this annual report, pursuant to provisions of the Business Corporation Act, has been examined by me and is, to the best of my knowledge and belief, true, correct and complete.

   **By** JENNIFER HARRIS
   **Authorized Officer**

   SECRETARY    November 2, 2022
   **Title & Date**

**Fee Summary**
Franchise Tax: $0.00
Filing Fee: $75.00
Penalty: $0.00
Interest: $0.00

Total Fee: $75.00

This document was electronically generated at www.ilsos.gov