# EXHIBIT D

| | |
|---|---|
| | **APPROVED AND FILED**<br>DIEGO MORALES<br>INDIANA SECRETARY OF STATE<br>08/07/2023 01:32 PM |

## BUSINESS ENTITY REPORT

### NAME AND PRINCIPAL OFFICE ADDRESS

| | |
|---|---|
| **BUSINESS ID** | 2001101700415 |
| **BUSINESS TYPE** | Foreign For-Profit Corporation |
| **BUSINESS NAME** | SERVICE SANITATION, INC. |
| **ENTITY CREATION DATE** | 10/17/2001 |
| **JURISDICTION OF FORMATION** | Illinois |
| **PRINCIPAL OFFICE ADDRESS** | 1501 W 175th St, Homewood, IL, 60430, USA |

### YEARS FILED

| | |
|---|---|
| **YEARS** | 2023/2024 |

### EFFECTIVE DATE

| | |
|---|---|
| **EFFECTIVE DATE** | 08/07/2023 |
| **EFFECTIVE TIME** | 1:32 PM |

### REGISTERED OFFICE AND ADDRESS

| | |
|---|---|
| **REGISTERED AGENT TYPE** | Individual |
| **NAME** | ZACHARY THOMSON |
| **ADDRESS** | 135 BLAINE STREET, GARY, IN, 46406, USA |

### GOVERNING PERSON INFORMATION

| | |
|---|---|
| **TITLE** | President |
| **NAME** | Chad Harris |
| **ADDRESS** | 19951 Berkshire Dr, Mokena, IL, 60448, USA |

| | |
|---|---|
| **TITLE** | Secretary |
| **NAME** | Jennifer Harris |
| **ADDRESS** | 19951 Berkshire Dr, Mokena, IL, 60448, USA |

**APPROVED AND FILED**
DIEGO MORALES
INDIANA SECRETARY OF STATE
08/07/2023 01:32 PM

## SIGNATURE

IN WITNESS WHEREOF, THE UNDERSIGNED HEREBY VERIFIES, SUBJECT TO THE PENALTIES OF PERJURY, THAT THE STATEMENTS CONTAINED HEREIN ARE TRUE, THIS DAY **August 7**, **2023.**

THE UNDERSIGNED ACKNOWLEDGES THAT A PERSON COMMITS A CLASS A MISDEMEANOR BY SIGNING A DOCUMENT THAT THE PERSON KNOWS IS FALSE IN A MATERIAL RESPECT WITH THE INTENT THAT THE DOCUMENT BE DELIVERED TO THE SECRETARY OF STATE FOR FILING.

**SIGNATURE**              Christine Okelman
**TITLE**                  Authorized Agent

Business ID : 2001101700415
Filing No. :   9973228