

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Brian A. Hartstein

Firm   Quarles & Brady LLP

Street Address   155 N. Wacker Drive, Suite 3200

City/State/Zip Code   Chicago, Illinois  60606

Phone Number   312-715-5211

Email address   brian.hartstein@quarles.com

ARDC (Illinois State Bar members, only)   6289689

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 24 CV 12683 | Old National Bancorp v. Bapna | Hon. Georgia Alexakis |
| 24 CV 07927 | Garfinkel v. University of Illinois | Hon. Jeffrey Cummings |
| 25 CV 02101 | Foster v. Service Sanitation | Hon. Sara L. Ellis |
| 23 CV 14021 | U.S. EEOC v. United Parcel S. | Hon. Sunil R. Harjani |
|  |  |  |
|  |  |  |

/s/Brian A. Hartstein                                     June 10, 2025
Signature of Attorney                                    Date

Rev. 01272016