

UNITED STATES DISTRICT COURT
**NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604**

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

| | |
|---|---|
| Name | Gary R. Clark |
| Firm | Quarles & Brady LLP |
| Street Address | 155 North Wacker Drive, Suite 3200 |
| City/State/Zip Code | Chicago, IL 60606 |
| Phone Number | 312.715.5000 |
| Email address | Gary.Clark@Quarles.com |
| ARDC (Illinois State Bar members, only) | 6271092 |

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:2024-cv-06990 | Darder Brown v BF Prime | Hon. Jeannice W. Appenteng |
| 1:2025-cv-02101 | Isaac Foster v Service Sanitation | Hon. Sara L. Ellis |
| 1:2023-cv-05639 | Michael Bobo v Sentech Services | Hon. Andrea R. Wood |
| 1:2023-cv-14021 | U.S. EEOC v United Parcel Service | Hon. Sunil R. Harjani |
| 1:2022-cv-06596 | Michael Evans v United Parcel Service | Hon. John F. Kness |
| | | |

| | |
|---|---|
| */s/ Gary R. Clark* | June 17, 2025 |
| Signature of Attorney | Date |

Rev. 01272016