IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Isaac Foster, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SERVICE SANITATION, INC.<br><br>    Defendant. | Case No.: 25-CV-02101 |

## MOTION FOR WITHDRAWAL OF JULIE HOLT AS COUNSEL FOR PLAINTIFF

Plaintiff, by and through the undersigned, hereby moves this Court to allow the undersigned to withdraw as counsel of record in this matter. Ms. Holt is leaving employment at Hedin LLP. Plaintiff will continue to be represented by remaining counsel of record.

WHEREFORE, Plaintiff respectfully requests this Court grant the motion for Julie Holt to withdraw as counsel of record.

Date: June 24, 2025

Respectfully submitted,

s/   Julie Holt

**HEDIN LLP**
Julie Holt
1395 Brickell Avenue, Ste 610
Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 200-8801
E-mail: jholt@hedinllp.com

*Counsel for Plaintiffs and Putative Classes*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will provide electronic notification of such filing to all parties of record.

*/s/ Julie Holt*