# UNITED STATES DISTRICT COURT

## NOTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ISAAC FOSTER, on behalf of himself and all others similarly situated, | Case No.: 25-CV-02101 |
| Plaintiff, | |
| v. | |
| SERVICE SANITATION, INC. | |
| Defendant. | |

## NOTICE OF ATTORNEY APPEARANCE

Elliot O. Jackson, Esq., of the law firm Hedin LLP, hereby enters his appearance as counsel of record for Plaintiff Isaac Foster in these proceedings.  All parties are requested to take notice of the undersigned's appearance and to serve all copies of all filings and other documents upon the undersigned.

Dated:  August 12, 2025

Respectfully submitted,

By: */s/ Elliot O. Jackson*
        Elliot O. Jackson

**HEDIN LLP**
Elliot O. Jackson
ejackson@hedinllp.com
1395 Brickell Ave, Suite 610
Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 200-8801

*Counsel for Plaintiff and the Putative Classes*

1