**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ISAAC FOSTER, ) <br> ) <br> On behalf of himself and all others similarly situated ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SERVICE SANITATION, INC., ) <br> ) <br> Defendant. ) | Case No. 1:25-cv-02101 <br><br> Judge Sara L. Ellis |

**AMENDED NOTICE OF MOTION**

TO:    See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on **November 12, 2025 at 9:45 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Sarra L. Ellis, or any judge who may be sitting in her place and stead, in Room 1403, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Service Sanitation, Inc.'s Motion to Quash Subpoenas And/Or For A Protective Order** which is hereby served upon you.

Date:  October 30, 2025                                             **SERVICE SANITATION, INC.**

                                                                                     By:  /s/ *Gary R. Clark*                    
                                                                                             One of Its Attorneys

Gary R. Clark, #6271092
Brian A. Hartstein, #6289689
Quarles & Brady LLP
155 North Wacker Drive, Suite 3200
Chicago, Illinois 60606
(312) 715-5000 | (312)715-5155 (fax)

QB\95558308.1

## **CERTIFICATE OF SERVICE**

I, Gary R. Clark, an attorney of record, hereby certify that on **October 30, 2025**, I caused the foregoing **Amended Notice of Motion** to be electronically filed using the court's CM/ECF system and to be served upon the following counsel of record at their email address on file with the court:

*Attorneys for Plaintiff and the Putative Class*

| | |
|---|---|
| Carl V. Malmstrom | Frank Hedin |
| Wolf Haldenstein Adler | Elliot Jackson |
| Freeman & Hertz LLC | Hedin LLP |
| 111 W. Jackson Boulevard | 1395 Brickell Avenue |
| Suite 1700 | Suite 610 |
| Chicago, IL 60604 | Miami, FL 33131 |
| malmstrom@whafh.com | fhedin@hedinllp.com |
| | ejackson@hedinllp.com |

By: /s/ *Gary R. Clark*
One of Its Attorneys

QB\95558308.1