# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Isaac Foster
                        Plaintiff,

v.                                                Case No.: 1:25–cv–02101
                                                      Honorable Sara L. Ellis

Service Sanitation, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 12, 2025:

      MINUTE entry before the Honorable Sara L. Ellis: Telephonic motion hearing held on 11/12/2025. Defendant's motion to quash subpoenas and/or protective order [37] is granted in part and denied in part and without prejudice. Subpoenas to proceed with respect to the Plaintiff's individual information, but not for putative class members at this time. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.