IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Isaac Foster and Roxanne Acoff, <br><br> Plaintiff(s), <br><br> v. <br><br> Service Sanitation, Inc., <br><br> Defendant(s). | Case No.  25-cv-2101 <br> Judge Sara L. Ellis |

### ORDER

Motion for leave to appear pro hac vice [52] is granted.

Date:  1/12/2026                                                                /s/ Sara L. Ellis